O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. STEFFENSEN,<br><br>    Petitioner,<br> v.<br><br>LINDA SANDERS, Warden,<br><br>    Respondent. | Case No. CV 10-4097-JVS (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: August 29, 2011

_____
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge